# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

**JOHN A. WOODCOCK, JR.**
DISTRICT JUDGE

202 HARLOW STREET
P.O. BOX 756
BANGOR, MAINE 04402-0756
(207) 945-0549

July 2, 2007

Honorable Ortrie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, DC  20544

Re:  Calendar Year 2006 Filing

Dear Judge Smith:

  In response to your letter dated             , the

Du Pont E. I. Nemours & Co. Commor            "X"

should have been alongside its name.           port

for the calendar year 2006 to reflect this

  I trust that this request clarifies t          : my

2006 report.  If you have any further que         ou.

Very truly yours,



J hn A

JAW/mfs

| AO 10 | | Report Required by the Ethics |
| Rev. 1/2007 | | in Government Act of 1978 |
| | | (5 U.S.C. app. §§ 101-111) |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Woodcock, John A | Maine | 05/07/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Active) | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2006<br>to<br>12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| P.O. Box 756<br>Bangor, ME 04402-0756 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee - through June 30, 2006; Trustee Emeritus - effective July 1, 2006 | Bowdoin College |
| 2. Member Board of Visitors | University of Maine School of Law |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2007 MAY 14 A 10: 45
FINANCIAL DISCLOSURE OFFICE
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Woodcock, John A | 05/07/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/06 | United States Judges Admin Office of the US Courts | $ 159,654.22 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woodcock, John A | 05/07/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woodcock, John A | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Merck Common Stock | B | Dividend | K | T | Partial Sale | 02/09 | J | | |
| 2. Bowater Common Stock | A | Dividend | J | T | | | | | |
| 3. Boeing Common Stock | A | Dividend | J | T | | | | | |
| 4. Cisco Common Stock | | None | K | T | | | | | |
| 5. MetLife Common Stock | A | Dividend | K | T | | | | | |
| 6. Wells Fargo Common Stock | C | Dividend | M | T | | | | | |
| 7. Powershares Wilderhill Clean Energy Portfolio | | None | J | T | Buy | 04/04 | K | | |
| 8. Citizens Communications Common Stock | B | Dividend | K | T | | | | | |
| 9. Mitsui Common Stock - ADRs (Comment) | A | Dividend | L | T | | | | | |
| 10. Barclays PLC ADR Common Stock | A | Dividend | K | T | | | | | |
| 11. 3M Co Common Stock | A | Dividend | | | Sell | 04/04 | J | A | |
| 12. Powershares Lux Nonotech Portfolio (Comment) | | None | J | T | | | | | |
| 13. Legg Mason Appreciation Fund (Comment) | A | Dividend | J | T | Partial Sale | 08/14 | J | C | |
| 14. ExxonMobil Common Stock (Comment) | A | Dividend | L | T | | | | | |
| 15. General Electric Common Stock (Comment) | A | Dividend | L | T | | | | | |
| 16. The Growth Fund of America (Comment) | A | Dividend | K | T | | | | | |
| 17. SCP Pool Corp. Common Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woodcock, John A | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   Medtronic Common Stock | A | Dividend | K | T | Partial Buy | 04/06 | J | | |
| 19.   Microsoft Common Stock | A | Dividend | J | T | | | | | |
| 20.   Norfolk Southern Common Stock | A | Dividend | K | T | | | | | |
| 21.   Pepsico Common Stock | A | Dividend | K | T | | | | | |
| 22.   Precision Drilling Trust Common Stock | A | Dividend | J | T | Buy | 9/29 | J | | |
| 23.   Procter & Gamble Common Stock | A | Dividend | K | T | | | | | |
| 24.   Teva Common Stock | A | Dividend | | | Sell | 06-26 | K | B | |
| 25.   Bangor Savings Bank Checking Account | A | Interest | J | T | | | | | |
| 26.   ASA (Bermuda) LTD Common Stock | A | Dividend | J | T | | | | | |
| 27.   American Power Conversion Corp Common Stock | A | Dividend | | | Sell | 8/30 | J | A | |
| 28.   Fidelilty Trend Fund | A | Dividend | K | T | | | | | |
| 29.   Nuveen Tax Adv Total Return Strategy Fund | B | Dividend | K | T | | | | | |
| 30.   Xerox Common Stock | | None | J | T | | | | | |
| 31.   Morgan Stanley India Investment Fund | | None | J | T | | | | | |
| 32.   CVS Common Stock | A | Dividend | J | T | Buy | 9/29 | J | | |
| 33.   URS Corp Common Stock | | None | | | Sale | 1/06 | K | B | |
| 34.   Legg Mason Fundamental Value Fund | A | Dividend | J | T | Partial Sale | 8/14 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woodcock, John A | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" aft each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Valueer Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| (Comment) | | | | | | | | | |
| 35. ExxonMobile Common Stock (X) (Comment) | | None | | | | | | | |
| 36. Templeton World Fund | | None | | | Sale | 8/14 | J | B | |
| 37. Legg Mason Capital & Income Fund (Comment) | A | Dividend | K | T | Partial Sale | 01/09 | J | B | |
| 38. Legg Mason Partners Appreciation Fund (Comment) | A | Dividend | K | T | | | | | |
| 39. Investment Company of America | A | Dividend | J | T | | | | | |
| 40. United Natural Foods, Inc. Common Stock | | None | K | T | | | | | |
| 41. UBS Bank USA Dep Acct (Comment) | A | Interest | M | T | | | | | |
| 42. Royce Micro-Cap IRA Account | A | Dividend | K | T | | | | | |
| 43. EuroPac Growth Mutual Fund | | None | J | T | | | | | |
| 44. Qualcomm, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 45. Lord Abbett Affiliated Fund | A | Dividend | K | T | Partial Buy | 9/28 | J | | |
| 46. Pioneer Mid-Cap Growth Mutual Fund IRA | | None | | | Sale | 2/08 | J | C | |
| 47. Legg Mason Appreciation Mututal Fund IRA (Comment) | A | Dividend | K | T | | | | | |
| 48. Legg Mason Capital and Income Fund IRA (Comment) | A | Dividend | K | T | | | | | |
| 49. Home Depot Common Stock | A | Dividend | K | T | | | | | |
| 50. Eagle Bulk Shipping, Inc. Common Stock | A | Dividend | K | T | Buy | 9/29 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woodcock, John A | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 51. American Capital Strategies Ltd Common Stock | A | Dividend | K | T | Buy | 9/29 | J | | |
| 52. American Funds Investment Company Coverdell Account | A | Dividend | J | T | | | | | |
| 53. Automatic Data Processing Common Stock (X) | A | Dividend | J | T | | | | | |
| 54. Wyeth Com Common Stock (X) | A | Dividend | K | T | | | | | |
| 55. Target Corp (X) | A | Dividend | K | T | | | | | |
| 56. American Funds Income Fund of America CL A | B | Dividend | L | T | | | | | |
| 57. American Funds Income Fund of America CL A (see 56) | A | Distribution | | | | | | | |
| 58. Investors Financial Services Corp Common Stock | A | Dividend | J | T | | | | | |
| 59. Northrup Grumman Common Stock | A | Dividend | K | T | | | | | |
| 60. S & P 500 Depository Receipts (X) | A | Dividend | J | T | | | | | |
| 61. Public SVC Enterprise Group Common Stock (X) | A | Dividend | J | T | | | | | |
| 62. Berkshire Hathaway Common Stock | | None | | | Sell | 8/30 | K | B | |
| 63. Pitney Bowes Inc. Common Stock (X) | A | Dividend | J | T | | | | | |
| 64. Pepsico Common Stock (X) (Comment) | | None | | | | | | | |
| 65. McDonalds Corp. Common Stock (X) | A | Dividend | K | T | | | | | |
| 66. IBM Common Stock | A | Dividend | J | T | | | | | |
| 67. Lowes Common Stock | A | Dividend | | | Sale | 9/29 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woodcock, John A | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 68. Johnson & Johnson Common Stock (X) | A | Dividend | J | T | | | | | |
| 69. Patterson Companies Common Stock | | None | K | T | | | | | |
| 70. Stericycle Common Stock | | None | K | T | | | | | |
| 71. Sysco Common Stock | A | Dividend | K | T | | | | | |
| 72. US Bancorp Common Stock | A | Dividend | K | T | | | | | |
| 73. J.P. Morgan Chase Common Stock (X) | A | Dividend | K | T | | | | | |
| 74. Zimmer Holdings Common Stock | | None | K | T | | | | | |
| 75. Bellsouth Corp Common Stock (X) | A | Dividend | J | T | | | | | |
| 76. Union Central Universal Life Insurance Policy | A | Interest | L | T | | | | | |
| 77. MetLife Life Insurance Policies | A | Dividend | L | T | | | | | |
| 78. Intel Corp Common Stock (X) | A | Dividend | J | T | | | | | |
| 79. Walt Disney Co. Common Stock | A | Dividend | J | T | | | | | |
| 80. UBS Bank Deposit Account (Comment) | A | Interest | J | T | | | | | |
| 81. H & R Block, Inc. Common Stock (X) | A | Dividend | J | T | | | | | |
| 82. Bristol Myers Squibb Common Stock (X) | A | Dividend | J | T | | | | | |
| 83. General Electric Co. Common Stock (X) (Comment) | | None | | | | | | | |
| 84. Chevron Corp Common Stock (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woodcock, John A | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. Citigroup Inc. Common Stock (X) | A | Dividend | J | T | | | | | |
| 86. ConocoPhillips Common Stock (X) | A | Dividend | K | T | | | | | |
| 87. Du Pont E. I. De Nemours & Co. Common Stock | A | Dividend | J | T | | | | | |
| 88. ExxonMobil Corp Common Stock (X) (Comment) | | None | | | | | | | |
| 89. | | None | | | | | | | |
| 90. | | None | | | | | | | |
| 91. | | None | | | | | | | |
| 92. | | None | | | | | | | |
| 93. | | None | | | | | | | |
| 94. | | None | | | | | | | |
| 95. | | None | | | | | | | |
| 96. | | None | | | | | | | |
| 97. | | None | | | | | | | |
| 98. | | None | | | | | | | |
| 99. | | None | | | | | | | |
| 100. | | None | | | | | | | |
| 101. | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woodcock, John A | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. | | None | | | | | | | |
| 103. | | None | | | | | | | |
| 104. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woodcock, John A | 05/07/2007 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____  Date  _May 7, 2007_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544